UNITED STATES of America,
Plaintiff–Appellee,

v.

Mark Anthony MULLINS,
Defendant–Appellant.

No. 05–14694
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 24, 2007.

Chet Kaufman, Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, for Defendant–Appellant.

Lennard B. Register, III, U.S. Attorney's Office, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before BIRCH, BLACK and MARCUS, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Mark Anthony Mullins, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and convictions and sentence are **AFFIRMED.**